| FORM B1 | **United States Bankruptcy Court**<br>**District of Arizona** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PITTENGER, CLINT E.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**PITTENGER, ANGELA M.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-2558** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-4460** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**200 S. PANTANO ROAD # 120**<br>**TUCSON, AZ 85710** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**200 S. PANTANO ROAD # 120**<br>**TUCSON, AZ 85710** |
| County of Residence or of the<br>Principal Place of Business: **PIMA** | County of Residence or of the<br>Principal Place of Business: **PIMA** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)      ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ■ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):                          FORM B1, Page 2<br>**PITTENGER, CLINT E.**<br>**PITTENGER, ANGELA M.** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     **/s/ CLINT E. PITTENGER**

Signature of Debtor **CLINT E. PITTENGER**

X     **/s/ ANGELA M. PITTENGER**

Signature of Joint Debtor **ANGELA M. PITTENGER**

Telephone Number (If not represented by attorney)

**October 14, 2005**

Date

**Signature of Attorney**

X     **/s/ James L.  Robinson, Jr.**

Signature of Attorney for Debtor(s)

**James L.  Robinson, Jr. 003184**

Printed Name of Attorney for Debtor(s)

**Robinson & Rylander, P.C.**

Firm Name

**4340 N. Campbell Ave.**
**Suite 266**
**Tucson, AZ 85718**

Address

**520-299-4922  Fax: 520-299-1482**

Telephone Number

**October 14, 2005**

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ James L.  Robinson, Jr.          October 14, 2005**

Signature of Attorney for Debtor(s)           Date

**James L.  Robinson, Jr. 003184**

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C.§ 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X

Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### District of Arizona

In re   **CLINT E. PITTENGER,**
      **ANGELA M. PITTENGER**

Case No. _____

,

Debtors

Chapter            **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 13,652.44 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,856.19 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 1,681.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 72,835.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,756.60 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,109.00 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 13,652.44 | | |
| Total Liabilities | | | | 85,372.19 | |

Column header for amounts: AMOUNTS SCHEDULED

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **CLINT E. PITTENGER,**
          **ANGELA M. PITTENGER**

Case No. _____

_____,
                                    Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

___0___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**                                                   Case No. _____

            **ANGELA M. PITTENGER**

                                       Debtors           ,

# SCHEDULE B. PERSONAL PROPERTY

    Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | | **CASH ON HAND** | **C** | 180.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SOUTHERN ARIZONA COMMUNICATIONS CREDIT UNION**<br>**P.O. BOX 26887**<br>**CHECKING ACCT # 0000130788** | **C** | 23.44 |
| | | **COMPASS BANK**<br>**P.O. BOX 52180**<br>**PHOENIX AZ 85072**<br>**CHECKING ACCT #2506165671** | **C** | 0.00 |
| | | **SOUTHERN ARIZONA COMMUNICATIONS CREDIT UNION**<br>**P.O. BOX 26887**<br>**SAVINGS ACCT # 0000130788** | **C** | 50.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **KITCHEN TABLE & CHAIRS, LIVING ROOM SOFA, BEDS, DRESSERS, BEDDING, RADIO ALARM CLOCKS, LAMPS, REFRIGERATOR, VACUUM CLEANER, TELEVISION** | **C** | 800.00 |
| | | **DISHES, GLASSES, SILVERWARE, SMALL KITCHEN APPLIANCES, MICROWAVE, STEREO, RADIO.** | **C** | 50.00 |
| | | **SMALL DESK, COUCH, TWO PATIO CHAIRS, ONE PATIO TABLE** | **C** | 125.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **MUSICAL INSTRUMENTS: KRAMER GUITAR** | **C** | 20.00 |
| | | **COMPUTER EQUIPMENT** | **C** | 50.00 |
| | | **BOOKS, MAGAZINES** | **C** | 20.00 |

Sub-Total >         **1,318.44**
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

In re CLINT E. PITTENGER,
      ANGELA M. PITTENGER

Case No. _____

                         Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | COLLECTIBLES: NIGHTMARE BEFORE CHRISTMAS | C | 100.00 |
| 6. Wearing apparel. | | DEBTOR'S CLOTHES | C | 80.00 |
| | | SPOUSE'S CLOTHES | C | 80.00 |
| 7. Furs and jewelry. | | WEDDING RINGS | C | 150.00 |
| | | COSTUME JEWELRY | C | 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | SPORTS EQUIPMENTS: DUMBELLS | C | 20.00 |
| | | PHOTOGRAPHIC EQUIPMENT: APTEK DIGITAL CAMERA | C | 40.00 |
| | | OTHER HOBBY EQUIPMENT: EASEL, PAINTS, BRUSHES | C | 100.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | FIDELITY INVESTMENTS PULITZER RETIREMENT SAVINGS PLAN P.O. BOX 5424 CINCINNATI, OH. 45250 ACCOUNT NO. ENV#OP031563 ANGELA PITTENGER | C | 3,554.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |

Sub-Total >     4,144.00
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**
         **ANGELA M. PITTENGER**

                                                                    Case No. _____

_____,
                              Debtors
## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 TOYOTA COROLLA MILEAGE: 148,000 VIN # 1NXAE09B2RZ192159** | C | **500.00** |
| | | **2003 SUZUKI AERIO SEDAN MILEAGE: 40,000 VIN# JS2RC41H535205885** | C | **7,675.00** |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |

Sub-Total >    **8,175.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **CLINT E. PITTENGER,**
     **ANGELA M. PITTENGER**

                                        , 
                                 Debtors

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | | **THREE CATS** | C | 15.00 |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **15.00** |
| (Total of this page) | |
| Total > | **13,652.44** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **CLINT E. PITTENGER,**
**ANGELA M. PITTENGER**
Case No. _____

, 

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*
- ☐ 11 U.S.C. §522(b)(1): Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
- ☑ 11 U.S.C. §522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **CASH ON HAND** | **Ariz. Rev. Stat § 33-1126(A)(8)** | **300.00** | **180.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **SOUTHERN ARIZONA COMMUNICATIONS CREDIT UNION P.O. BOX 26887 CHECKING ACCT # 0000130788** | **Ariz. Rev. Stat. § 33-1126(A)(8)** | **23.44** | **23.44** |
| **COMPASS BANK P.O. BOX 52180 PHOENIX AZ 85072 CHECKING ACCT #2506165671** | **Ariz. Rev. Stat. § 33-1126(A)(8)** | **28.00** | **0.00** |
| **SOUTHERN ARIZONA COMMUNICATIONS CREDIT UNION P.O. BOX 26887 SAVINGS ACCT # 0000130788** | **Ariz. Rev. Stat. § 33-1126(A)(8)** | **50.00** | **50.00** |
| **Household Goods and Furnishings** | | | |
| **KITCHEN TABLE & CHAIRS, LIVING ROOM SOFA, BEDS, DRESSERS, BEDDING, RADIO ALARM CLOCKS, LAMPS, REFRIGERATOR, VACUUM CLEANER, TELEVISION** | **Ariz. Rev. Stat. § 33-1123** | **800.00** | **800.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **MUSICAL INSTRUMENTS: KRAMER GUITAR** | **Ariz. Rev. Stat. § 33-1125(2)** | **20.00** | **20.00** |
| **COMPUTER EQUIPMENT** | **Ariz. Rev. Stat. § 33-1125(5)** | **50.00** | **50.00** |
| **BOOKS, MAGAZINES** | **Ariz. Rev. Stat. § 33-1125(5)** | **20.00** | **20.00** |
| **COLLECTIBLES: NIGHTMARE BEFORE CHRISTMAS** | **Ariz. Rev. Stat. § 33-1125(5)** | **100.00** | **100.00** |
| **Wearing Apparel** | | | |
| **DEBTOR'S CLOTHES** | **Ariz. Rev. Stat. § 33-1125(1)** | **80.00** | **80.00** |
| **SPOUSE'S CLOTHES** | **Ariz. Rev. Stat. § 33-1125(1)** | **80.00** | **80.00** |
| **Furs and Jewelry** | | | |
| **WEDDING RINGS** | **Ariz. Rev. Stat. § 33-1125(4)** | **150.00** | **150.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **SPORTS EQUIPMENTS: DUMBELLS** | **Ariz. Rev. Stat. § 33-1125(7)** | **20.00** | **20.00** |
| **PHOTOGRAPHIC EQUIPMENT: APTEK DIGITAL CAMERA** | **Ariz. Rev. Stat. § 33-1125(7)** | **40.00** | **40.00** |

___1___  continuation sheet attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**                                       Case No. _____

        **ANGELA M. PITTENGER**

                                             ,

                              Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
## (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **OTHER HOBBY EQUIPMENT: EASEL, PAINTS, BRUSHES** | **Ariz. Rev. Stat. § 33-1125(7)** | **100.00** | **100.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **FIDELITY INVESTMENTS** <br> **PULITZER RETIREMENT SAVINGS PLAN** <br> **P.O. BOX 5424** <br> **CINCINNATI, OH. 45250** <br> **ACCOUNT NO. ENV#OP031563** <br> **ANGELA PITTENGER** | **Ariz. Rev. Stat. § 33-1126(C)** | **1,527.00** | **3,554.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 SUZUKI AERIO SEDAN** <br> **MILEAGE: 40,000** <br> **VIN# JS2RC41H535205885** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **7,675.00** |
| **Animals** | | | |
| **THREE CATS** | **Ariz. Rev. Stat. § 33-1125(3)** | **15.00** | **15.00** |

Case 4:05-bk-07608-EWH    Doc 1    Filed 10/14/05    Entered 10/14/05 13:15:40    Desc
Main Document     Page 10 of 37

Best Case Bankruptcy

Form B6D
(12/03)

In re    **CLINT E. PITTENGER,**                                                      Case No. _____
         **ANGELA M. PITTENGER**
_____,
                                    Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **ENV#09013097**<br><br>**FIDELITY INVESTMENTS**<br>**PULITZER RETIREMENT SAVINGS**<br>**PLAN**<br>**P.O. BOX 5424**<br>**CINCINNATI, OH 45250** | | | | C | **2005**<br><br>**401(k) LOAN**<br><br>**CASH ON HAND**<br><br>Value $                              **1,500.00** | | | | **1,500.00** | **0.00** |
| Account No. 061904547273<br><br>**GMAC FINANCIAL SERVICES**<br>**ATTN: BANKRUPTCY DEPARTMENT**<br>**P O BOX 173928**<br>**DENVER, CO 80217** | | | | C | **2003**<br><br>**Vehicle Loan**<br><br>**2003 SUZUKI AERIO SEDAN**<br>**MILEAGE: 40,000**<br>**VIN# JS2RC41H535205885**<br>Value $                              **7,675.00** | | | | **9,356.19** | **1,681.19** |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br><br> | | | | | <br><br><br><br>Value $ | | | | | |

___**0**___ continuation sheets attached

| | Subtotal<br>(Total of this page) | **10,856.19** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **10,856.19** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**                    Case No. _____
       **ANGELA M. PITTENGER**

_____ ,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re   **CLINT E. PITTENGER,**                                         Case No. _____
                **ANGELA M. PITTENGER**

                                                   Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W J C | | | | | | | |
| Account No. **568252558** <br><br> **ARIZONA DEPT OF REVENUE BANKRUPTCY UNIT 1600 W MONROE RM 110 PHOENIX, AZ 85007** | C | | | **2004** <br><br> **ARIZONA TAXES** | | | | 217.00 | 217.00 |
| Account No. **TRO4043305A** <br><br> **CITY OF TUCSON - CITY COURTS 103 E. ALAMEDA STREET TUCSON, AZ 85701** | | H | | **2004** <br><br> **TRAFFIC FINES** | | | | 585.00 | 585.00 |
| Account No. **568252558** <br><br> **INTERNAL REVENUE DEPARTMENT SPECIAL PROCEDURES 212 E EARLL STOP 5085 Phoenix, AZ 85012** | C | | | **2004** <br><br> **FEDERAL TAXES** | | | | 404.00 | 404.00 |
| Account No. **TR040330SB** <br><br> **PIMA COUNTY JUSTICE COURT 115 N CHURCH AVENUE U OF A TRAFFIC FINE TUCSON, AZ 85701** | | H | | **2004** <br><br> **TRAFFIC FINES** | | | | 475.00 | 475.00 |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
| --- | --- |
| Subtotal (Total of this page) | 1,681.00 |
| Total (Report on Summary of Schedules) | 1,681.00 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **CLINT E. PITTENGER,**            Case No. _____
      **ANGELA M. PITTENGER**

_____,
                  Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXX-XX-2558**<br><br>**AELMAC**<br>**1555 NORTH FIESTA BLVD.**<br>**GILBERT, AZ 85233** | C | | 2/2003<br>**STUDENT LOANS** | | | | **6,400.00** |
| Account No. **1733541**<br><br>**ASSOCIATES IN ORAL &**<br>**MAXILLFACIAL SURGER**<br>**3150 N. SWAN ROAD**<br>**TUCSON, AZ 85712** | C | | 2004<br>**MEDICAL BILL** | | | | **322.00** |
| Account No. **4427-1000-3806-2050**<br><br>**BANK OF AMERICA**<br>**BANKRUPTCY DEPARTMENT**<br>**PO BOX 970**<br>**NORFOLK, VA 23501** | C | | 2003<br>**CREDIT CARD PURCHASE** | | | | **3,672.00** |
| Account No.<br><br>**Representing:**<br>**BANK OF AMERICA** | | | **MRS ASSOCIATES INC**<br>**Acct No. 06052068**<br>**3 EXECUTIVE CAMPUS SUITE 400**<br>**CHERRY HILL, NJ 08002** | | | | |
| __3__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **10,394.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                     S/N:29226-050825   Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**
       **ANGELA M. PITTENGER**                 Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 00114305745<br><br>**BANK ONE<br>P.O. BOX 8650<br>ACCOUNT INQUIRIES<br>WILMINGTON, DE 19899-8650** | C | | **2004<br>OVERDRAWN** | | | | **77.00** |
| Account No.<br><br>Representing:<br>**BANK ONE** | | | **BANK ONE/ A DIVISION OF J.P MORGAN/CHASE<br>DEPOSIT ACCOUNT RECOVERY #<br>00114305745<br>P.O. BOX 7146<br>INDIANAPOLIS, IN 46207** | | | | |
| Account No. 0631138824<br><br>**CESI DEBT CONSOLIDATION COMPANY<br>P.O. BOX 2579<br>COLUMBIA, MD 21045** | C | | **2004<br>DEBT CONSIDATION COMPANY. CESI RE-NEGOTIATED A PAYMENT PLAN ON CREDIT CARDS WHICH WERE ISSUED IN THE DEBTORS' MOTHERS' NAME BUT WHICH DEBTORS USED AND ARE RESPONSIBLE FOR.<br>THIS CARD IS IN MOTHER'S NAME.<br>DEBTOR IS MAKING THE PAYMENTS** | | | | **14,982.00** |
| Account No. 1126043601<br><br>**CHEVRON CREDIT BANK NA<br>BANKRUPTCY DEPARTMENT<br>P O BOX 5010<br>CONCORD, CA 94524-0010** | C | | **2004<br>CREDIT CARD PURCHASE** | | | | **384.00** |
| Account No.<br><br>Representing:<br>**CHEVRON CREDIT BANK NA** | | | **COMPUTER CREDIT INC<br>REF: 1126043601<br>640 WEST FOURTH STREET<br>WINSTON SALEM, NC 27113-5238** | | | | |

Sheet no. __1__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **15,443.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re   **CLINT E. PITTENGER,**                        Case No. _____

        **ANGELA M. PITTENGER**

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5458-0018-1706-3427**<br><br>**DIRECT MERCHANTS BANK**<br>**KEIRLAND 1 SUITE 300**<br>**16430 N. SCOTTSDALE RD**<br>**SCOTTSDALE, AZ 85254** | C | | **2003**<br>**CREDIT CARD PURCHASE** | | | | **3,854.00** |
| Account No.<br><br>**Representing:**<br>**DIRECT MERCHANTS BANK** | | | **LAW OFFICE OF JOHN P. FRYE, P.C.**<br>**P.O. BOX 13665**<br>**REF: 147135**<br>**ROANOKE, VA 24036** | | | | |
| Account No. **6011-0000-7083-1783**<br><br>**DISCOVER FINANCIAL SERVICES**<br>**BANKRUPTCY DEPARTMENT**<br>**P O BOX 8003**<br>**HILLIARD, OH 43206-8003** | C | | **2004**<br>**CREDIT CARD PURCHASE** | | | | **3,808.00** |
| Account No. **5408-0100-2258-8640**<br><br>**HOUSEHOLD BANK**<br>**BANKRUPTCY DEPARTMENT**<br>**6602 CONVOY COURT**<br>**SAN DIEGO, CA 92111** | C | | **2004**<br>**CREDIT CARD PURCHASE** | | | | **917.00** |
| Account No. **607464460**<br><br>**US DEPARTMENT OF EDUCATION**<br>**DIRECT LOAN SERVICING CENTER**<br>**PO BOX 4609**<br>**UTICA, NY 13504-4609** | W | | **1998**<br>**STUDENT LOANS** | | | | **38,270.00** |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,849.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**
         **ANGELA M. PITTENGER**                                    Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **557879793** <br><br>**WFNNB-NEW YORK & CO.** <br>**P.O. BOX 659728** <br>**SAN ANTONIO, TX 78265** | | C | **2005** <br>**CREDIT CARD PURCHASE** | | | | **149.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet no. __**3**__ of __**3**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal <br>(Total of this page) | **149.00** |
| | | Total <br>(Report on Summary of Schedules) | **72,835.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

In re   **CLINT E. PITTENGER,**                                       Case No. _____

        **ANGELA M. PITTENGER**

_____,

Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ALLTEL**<br>**4805 E. THISTLE LANDING DRIVE**<br>**SUITE 100**<br>**PHOENIX, AZ 85044** | **DATE ENTERED INTO: 2004**<br>**CELLPHONE**<br>**TERMS: $ 37.99 PER MONTH** |
| **COX COMMUNICATIONS**<br>**1440 E. 15TH STREET**<br>**TUCSON, AZ 85719** | **INTERNET**<br>**$ 24.95 PER MONTH**<br>**MONTH TO MONTH** |
| **LANDLORD** | **PANTANO PARK APARTMENTS**<br>**200 S. PANTANO ROAD**<br>**TUCSON AZ  85710**<br>**DATE ENTERED INTO: 6/2005-9 MONTH LEASE**<br>**$ 585.00 PER MONTH** |
| **T MOBILE**<br>**P O BOX  74246**<br>**CINCINNATI, OH 45274** | **CELL PHONE**<br>**TERMS: $ 39.99 PER MONTH** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
                                              Best Case Bankruptcy

In re    **CLINT E. PITTENGER,**                                    Case No. _____
         **ANGELA M. PITTENGER**
_____,
                                        Debtors
# SCHEDULE H. CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

<u>    0   </u>  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **CLINT E. PITTENGER**
     **ANGELA M. PITTENGER**          Case No. _____
                        Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP<br>**None.** | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ADMINSTRATIVE ASSISTANT** | **VISUAL TEAM ASSISTANT** |
| Name of Employer | **CANY CREST** | **ARIZONA DAILY STAR** |
| How long employed | **3 1/2 YEARS** | **2 YEARS** |
| Address of Employer | **8151 E. SPEEDWAY BLVD.**<br>**TUCSON, AZ 85710** | **PO BOX 2115**<br>**PHOENIX, AZ 85001** |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **1,295.23** | $ | **2,747.33** |
| Estimated monthly overtime | $ | **0.00** | $ | **0.00** |
| SUBTOTAL | $ | **1,295.23** | $ | **2,747.33** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **162.13** | $ | **626.38** |
| b. Insurance | $ | **0.00** | $ | **221.98** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify)   **See Detailed Income Attachment** | $ | **0.00** | $ | **275.47** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **162.13** | $ | **1,123.83** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,133.10** | $ | **1,623.50** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **0.00** |
| Income from real property | $ | **0.00** | $ | **0.00** |
| Interest and dividends | $ | **0.00** | $ | **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| Social security or other government assistance | | | | |
| (Specify) _____ | $ | **0.00** | $ | **0.00** |
| _____ | $ | **0.00** | $ | **0.00** |
| Pension or retirement income | $ | **0.00** | $ | **0.00** |
| Other monthly income | | | | |
| (Specify) _____ | $ | **0.00** | $ | **0.00** |
| _____ | $ | **0.00** | $ | **0.00** |
| TOTAL MONTHLY INCOME | $ | **1,133.10** | $ | **1,623.50** |

TOTAL COMBINED MONTHLY INCOME    $     **2,756.60**    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

**DEBTORS WILL CONTINUE TO PAY CESI DEBT COUNSELING SERVICE FOR THE REASON THAT THIS SERVICE NEGOTIATIED A PLAN TO PAY TWO CREDIT CARDS THAT ARE IN THE NAME OF THE DEBTORS' MOTHER BUT WHICH THE DEBTORS USED AND ARE OBLIGATED TO PAY.**

In re    **CLINT E. PITTENGER**
       **ANGELA M. PITTENGER**                  Case No. _____

                                  Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **401k LOAN** | $ 0.00 | $ 65.91 |
| **401K CONTRIBUTION** | $ 0.00 | $ 109.89 |
| **TRUSTMARK** | $ 0.00 | $ 39.00 |
| **HLTH CLUB** | $ 0.00 | $ 6.50 |
| **OTHER DEDUCTIONS** | $ 0.00 | $ 54.17 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 275.47 |

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

     Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ 580.00 |
| Are real estate taxes included?      Yes ___    No **X** | | |
| Is property insurance included?      Yes ___    No **X** | | |
| Utilities:      Electricity and heating fuel | | $ 100.00 |
|      Water and sewer | | $ 0.00 |
|      Telephone | | $ 0.00 |
|      Other    **See Detailed Expense Attachment** | | $ 62.00 |
| Home maintenance (repairs and upkeep) | | $ 0.00 |
| Food | | $ 410.00 |
| Clothing | | $ 100.00 |
| Laundry and dry cleaning | | $ 30.00 |
| Medical and dental expenses | | $ 0.00 |
| Transportation (not including car payments) | | $ 480.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 150.00 |
| Charitable contributions | | $ 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|      Homeowner's or renter's | | $ 0.00 |
|      Life | | $ 0.00 |
|      Health | | $ 0.00 |
|      Auto | | $ 140.00 |
|      Other | | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | | $ 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|      Auto | | $ 265.00 |
|      Other    **STUDENT LOANS-AELMAC** | | $ 150.00 |
|      Other    **CESI- DEBT COUNSELING SERVICE** | | $ 402.00 |
|      Other    **U.S DEPARTMENT OF EDUCATION** | | $ 150.00 |
| Alimony, maintenance, and support paid to others | | $ 0.00 |
| Payments for support of additional dependents not living at your home | | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| Other    **MISCELLANEOUS** | | $ 90.00 |
| Other | | $ 0.00 |

| | |
|---|---:|
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 3,109.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | | $ N/A |
| B.   Total projected monthly expenses | | $ N/A |
| C.   Excess income (A minus B) | | $ N/A |
| D.   Total amount to be paid into plan each   _____ | | $ N/A |

(interval)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **CABLE** | $ | **25.00** |
| **CELLULAR PHONE** | $ | **37.00** |
| **Total Other Utility Expenditures** | $ | **62.00** |

# United States Bankruptcy Court
## District of Arizona

In re    **CLINT E. PITTENGER**
       **ANGELA M. PITTENGER**                                      Case No.

                                             Debtor(s)     Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 14, 2005**                  Signature    **/s/ CLINT E. PITTENGER**
                                                           **CLINT E. PITTENGER**
                                                             Debtor

Date   **October 14, 2005**                  Signature    **/s/ ANGELA M. PITTENGER**
                                                             **ANGELA M. PITTENGER**
                                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona

In re   **CLINT E. PITTENGER**
       **ANGELA M. PITTENGER**

                    Debtor(s)            Case No.

                                                     Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $11,084.21 | 2005-YTD-DEBTOR<br>CANYON CREST ASSISTED LIVING |
| $25,814.01 | 2005-YTD-SPOUSE<br>ARIZONA DAILY STAR, TNI |
| $13,978.99 | 2004-DEBTOR<br>CANYON CREST ASSISTED LIVING |
| $29,101.88 | 2004-SPOUSE<br>ARIZONA DAILY STAR, TNI |
| $13,334.24 | 2003-DEBTOR<br>CANYON CREST ASSISTED LIVING |
| $28,301.27 | 2003-SPOUSE<br>ARIZONA DAILEY STAR, TNI |

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,194.95 | 2004 |
| | 401(K) SAVINGS PLAN |
| | GROSS DISTRIBUTION:$7447.32 |
| | FEDERAL INCOME TAX WITHHELD:$1252.37 |
| $211.53 | 2003-FEDERAL TAX REFUND |

**3. Payments to creditors**

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| GMAC FINANCIAL SERVICES ATTN: BANKRUPTCY DEPARTMENT P O BOX 173928 DENVER, CO 80217 | JUNE THRU AUGUST-2005 | $798.00 | $9,356.19 |
| PANTANO PARK APARTMENTS 200 S.PANTANO ROAD TUCSON, AZ 85710 | JULY THRU AUGUST-2005 | $1,755.00 | $2,925.00 |

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **CLINT PITTERNGER** **200 S. PANTANO ROAD # 120** **TUCSON, AZ 85710** | **MOTHER** | **5/2005** | **$ 3520.00 TO PAY OFF APOLLO COLLEGE TUTION.** |

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robinson & Rylander, P.C.**<br>**4340 N. Campbell Ave.**<br>**Suite 266**<br>**Tucson, AZ 85718** | **8/25/05** | **$800.00** |
| **A+ CREDIT CONSUMER CENTER**<br>**3855 N. ORACLE ROAD**<br>**TUCSON, AZ 85705** | **FEBUARY THRU MARCH-2004**<br>**$62.00 PER MONTH** | **$186.00** |
| **DEBT FREE AMERICA**<br>**3645 RUFFIN ROAD**<br>**SAN DIEGO, CA 92123** | **10/16/2004**<br>**11/16/2004** | **TWO PAYMENTS OF $165.00** |

## 10. Other transfers

None
☐ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **NON-INTRESTED THIRD PARTY** | **7/2005** | **DINING ROOM SET/ ENTERTAINMENT CENTER VALUE:$50.00** |
| **NON-INTRESTED THRID PARTY** | | **AMOUNT RECEIVED: $50.00** |

## 11. Closed financial accounts

None
☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **WELLS FARGO BANK**<br>**P.O. BOX 6995**<br>**PORTLAND, OR 97228** | **CHECKING ACCOUNT NO. 0378486237** | **FINAL BALANCE: $ 267.00**<br>**DATE OF CLOSING: 1/2005** |
| **BANK ONE/ A DIVISION OF J.P MORGAN/CHASE**<br>**DEPOSIT ACCOUNT RECOVERY**<br>**P.O. BOX 7146**<br>**INDIANAPOLIS, IN 46207** | **ACCOUNT # 00114305745**<br>**FINAL BALANCE: $-77.84** | **8/2005** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **October 14, 2005**        Signature   **/s/ CLINT E. PITTENGER**

                                                **CLINT E. PITTENGER**
                                                Debtor

Date **October 14, 2005**        Signature   **/s/ ANGELA M. PITTENGER**

                                                 **ANGELA M. PITTENGER**
                                                Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### District of Arizona

In re    **CLINT E. PITTENGER**
        **ANGELA M. PITTENGER**

                             Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

      *a. Property to Be Surrendered.*

**Description of Property**                           **Creditor's name**
-NONE-

      *b. Property to Be Retained*                      *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | STUDENT LOANS | AELMAC | | | X |
| 2. | STUDENT LOANS | US DEPARTMENT OF EDUCATION | | | X |
| 3. | CASH ON HAND | FIDELITY INVESTMENTS | Debtor will retain collateral and continue to make regular payments. | | |
| 4. | 2003 SUZUKI AERIO SEDAN MILEAGE: 40,000 VIN# JS2RC41H535205885 | GMAC FINANCIAL SERVICES | Debtor will retain collateral and continue to make regular payments. | | |

Date   **October 14, 2005**          Signature   **/s/ CLINT E. PITTENGER**
                                        **CLINT E. PITTENGER**
                                        Debtor

Date   **October 14, 2005**          Signature   **/s/ ANGELA M. PITTENGER**
                                         **ANGELA M. PITTENGER**
                                        Joint Debtor

# United States Bankruptcy Court
## District of Arizona

In re   **CLINT E. PITTENGER**
       **ANGELA M. PITTENGER**

Case No. _____

Debtor(s)     Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 800.00 |
   | Prior to the filing of this statement I have received | $ | 800.00 |
   | Balance Due | $ | 0.00 |

2. $ **209.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor   ☑ Other (specify):   **LOAN FROM JUDY WAGNER-MOTHER**

4. The source of compensation to be paid to me is:

   ☐ Debtor   ☑ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Robinson & Rylander, P.C., may retain an lawyer outside of the firm to cover a court appearance.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 14, 2005**

**/s/ James L.  Robinson, Jr.**
**James L.  Robinson, Jr. 003184**
**Robinson & Rylander, P.C.**
**4340 N. Campbell Ave.**
**Suite 266**
**Tucson, AZ 85718**
**520-299-4922  Fax: 520-299-1482**

---

# United States Bankruptcy Court
## District of Arizona

In re    **CLINT E. PITTENGER**
      **ANGELA M. PITTENGER**                            Case No.

                                        Debtor(s)        Chapter    **7**

# DECLARATION

We, **CLINT E. PITTENGER and ANGELA M. PITTENGER** , do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of **3** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:   **October 14, 2005**                **/s/ CLINT E. PITTENGER**
                                          **CLINT E. PITTENGER**
                                          Signature of Debtor

Date:   **October 14, 2005**                **/s/ ANGELA M. PITTENGER**
                                          **ANGELA M. PITTENGER**
                                          Signature of Debtor

Date:   **October 14, 2005**                **/s/ James L.  Robinson, Jr.**
                                          Signature of Attorney
                                          **James L.  Robinson, Jr. 003184**
                                          **Robinson & Rylander, P.C.**
                                          **4340 N. Campbell Ave.**
                                          **Suite 266**
                                          **Tucson, AZ 85718**
                                          **520-299-4922   Fax: 520-299-1482**

MML-5

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

PITTENGER, CLINT and ANGELA -


AELMAC
Acct No XXX-XX-2558
1555 NORTH FIESTA BLVD.
GILBERT AZ 85233


ALLTEL
4805 E. THISTLE LANDING DRIVE
SUITE 100
PHOENIX AZ 85044


ARIZONA DEPT OF REVENUE
Acct No 568252558
BANKRUPTCY UNIT
1600 W MONROE RM 110
PHOENIX AZ 85007


ASSOCIATES IN ORAL & MAXILLFACIAL SURGER
Acct No 1733541
3150 N. SWAN ROAD
TUCSON AZ 85712


BANK OF AMERICA
Acct No 4427-1000-3806-2050
BANKRUPTCY DEPARTMENT
PO BOX 970
NORFOLK VA 23501


BANK ONE
Acct No 00114305745
P.O. BOX 8650
ACCOUNT INQUIRIES
WILMINGTON DE 19899-8650


BANK ONE/ A DIVISION OF J.P MORGAN/CHASE
DEPOSIT ACCOUNT RECOVERY # 00114305745
P.O. BOX 7146
INDIANAPOLIS IN 46207


CESI DEBT CONSOLIDATION COMPANY
Acct No 0631138824
P.O. BOX 2579
COLUMBIA MD 21045

PITTENGER, CLINT and ANGELA -


CHEVRON CREDIT BANK NA
Acct No 1126043601
BANKRUPTCY DEPARTMENT
P O BOX 5010
CONCORD CA 94524-0010


CITY OF TUCSON - CITY COURTS
Acct No TRO4043305A
103 E. ALAMEDA STREET
TUCSON AZ 85701


COMPUTER CREDIT INC
REF: 1126043601
640 WEST FOURTH STREET
WINSTON SALEM NC 27113-5238


COX COMMUNICATIONS
1440 E. 15TH STREET
TUCSON AZ 85719


DIRECT MERCHANTS BANK
Acct No 5458-0018-1706-3427
KEIRLAND 1 SUITE 300
16430 N. SCOTTSDALE RD
SCOTTSDALE AZ 85254


DISCOVER FINANCIAL SERVICES
Acct No 6011-0000-7083-1783
BANKRUPTCY DEPARTMENT
P O BOX 8003
HILLIARD OH 43206-8003


FIDELITY INVESTMENTS
Acct No ENV#09013097
PULITZER RETIREMENT SAVINGS PLAN
P.O. BOX 5424
CINCINNATI OH 45250


GMAC FINANCIAL SERVICES
Acct No 061904547273
ATTN: BANKRUPTCY DEPARTMENT
P O BOX 173928
DENVER CO 80217

PITTENGER, CLINT and ANGELA -


HOUSEHOLD BANK
Acct No 5408-0100-2258-8640
BANKRUPTCY DEPARTMENT
6602 CONVOY COURT
SAN DIEGO CA 92111


INTERNAL REVENUE DEPARTMENT
Acct No 568252558
SPECIAL PROCEDURES
212  E EARLL STOP 5085
PHOENIX AZ 85012


LANDLORD


LAW OFFICE OF JOHN P. FRYE, P.C.
P.O. BOX 13665
REF: 147135
ROANOKE VA 24036


MRS ASSOCIATES INC
ACCT NO. 06052068
3 EXECUTIVE CAMPUS SUITE 400
CHERRY HILL NJ 08002


PIMA COUNTY JUSTICE COURT
Acct No TR040330SB
115 N CHURCH AVENUE
U OF A TRAFFIC FINE
TUCSON AZ 85701


T MOBILE
P O BOX 74246
CINCINNATI OH 45274


US DEPARTMENT OF EDUCATION
Acct No 607464460
DIRECT LOAN SERVICING CENTER
PO BOX 4609
UTICA NY 13504-4609


WFNNB-NEW YORK & CO.
Acct No 557879793
P.O. BOX 659728
SAN ANTONIO TX 78265